# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Isaac T.L. Gould, Sr., | ) |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| Williams County, Sheriff Scott Bushing, and Lieutenant Royce Crone, | ) Case No. 4:14-cv-018 |
|     Defendants. | ) |

Plaintiff, Isaac T.L. Gould, Sr. ("Gould"), is a pretrial detainee at the Williams County Correctional Center ("WCCC"). On October 2, 2014, he filed a document captioned an "Amended Complaint & Brief" which he requested: (1) leave to join an additional defendant who he asserts is acting in concert with Defendants Scott Bushing and Royce Crones: (2) a temporary restraining order; and (3) a preliminary injunction.

Although styled a "Amended Complaint & Brief," the court construes the document filed by Gould on October 2, 2014, as a combined motion requesting leave to file an amended complaint to join an additional party, request for a temporary restraining order, and request for a preliminary injunction.

As Gould is seeking a preliminary injunction and has provided notice to defendants, his request for a temporary restraining order is deemed moot. Defendants shall have until October 20, 2014, to file a response to Gould's requests to amend his complaint and request for preliminary injunction.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court