# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Isaac T.L. Gould, Sr., | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Williams County, Sheriff Scott Bushing, | ) |
| and Lieutenant Royce Crone, | ) |
| | ) Case No. 4:14-cv-018 |
| Defendants. | ) |

Plaintiff Isaac T.L. Gould, Sr. ("Gould") is a pretrial detainee at the Williams County Correctional Center ("WCCC"). On October 10, 2014, he filed what the court construes as a motion to compel various discovery responses from defendants.

Gould made no apparent effort to serve defendants with discovery requests prior to filing the instant motion. Consequently, the court finds the motion to be premature.

Discovery requests are to be made directly to defendants through their attorneys, in accordance with the Federal Rules of Civil Procedure. See e.g., Fed. R. Civ. P. 34(a). Defendants are then required to respond timely by fulfilling the requests and/or objecting. If defendants do not respond timely or sufficiently, Gould may then file a motion to compel with the court.[1] In the interim, Gould's instant motion to compel (Docket No. 48) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated this 14th day of October, 2014.

>	*/s/ Charles S. Miller, Jr.*
>	Charles S. Miller, Jr., Magistrate Judge
>	United States District Court

---

[1] D.N.D. Civ. L.R. 37.1(A) provides that parties may not file a discovery motion until they have conferred, either by telephone or in person, and made a good faith effort to resolve their dispute without court involvement. The court will excuse this requirement in this case, however, as Gould is incarcerated.