**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Isaac T.L. Gould, Sr., | ) |
| | ) |
|       Plaintiff, | )   **ORDER ADOPTING REPORT** |
| | )   **AND RECOMMENDATION** |
|       vs. | ) |
| | )   Case No. 4:14-cv-018 |
| Williams County, Sheriff Scott Bushing, | ) |
| and Lieutenant Royce Crone, | ) |
| | ) |
|       Defendants. | ) |

___

The Plaintiff, Isaac T.L. Gould, Sr., is a pretrial detainee at the Williams County Correction Center ("WCCC") in Williston, North Dakota. He initiated this civil rights action for deliberate indifference to his serious medical needs in February 2014. See Docket No. 6. An amended complaint and motion for preliminary injunction, and leave to join an additional defendant, were filed on October 2, 2014. See Docket Nos. 41 and 42. The motion was referred to Magistrate Judge Charles S. Miller, Jr. for a Report and Recommendation. The Defendants filed a response to the motion on October 20, 2014. See Docket No. 52. Judge Miller issued his Report and Recommendation in which he recommended denying the motion on December 9, 2014. See Docket No. 55. The parties were given fourteen (14) days to file any objections to the Report and Recommendation. No objections were filed by any of the parties.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The record does not support the issuance of a preliminary injunction requiring the Defendants to provide Gould with the surgery he is seeking, or the joining of any additional defendants as part of a conspiracy claim.

1

Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 55) in its entirety. The Plaintiff's motion for preliminary injunction and leave to join an additional defendant (Docket No. 42) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court
