**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Isaac T.L. Gould, Sr., ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Williams County, Sheriff Scott Busching, ) | |
| and Lieutenant Royce Crone, ) | Case No. 4:14-cv-018 |
| ) | |
| Defendants. ) | |

The Clerk's office is directed to seal Exhibits C and D (Docket Nos. 66-3 and 66-4) that were filed in conjunction with defense counsel's affidavit as they contain sensitive personal information.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court